USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: October 29, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

QIUYU WENG,

                    **Plaintiff,**

          -against-

LEE BOWES ET AL

                  **Defendants.**

------------------------------------------------------------ x

**20-cv-5485 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court shall hold a telephone status conference in this matter on November 4, 2020 at 11:30 a.m. Plaintiff should initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

**Dated**: October 29, 2020
           New York, New York

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**