USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __November 2, 2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------  x
: 
**QIUYU WENG,** :
:
:
**Plaintiff,** :
: **20-cv-5485 (ALC)**
-against- :
: **ORDER**
**LEE BOWES ET AL** :
:
:
**Defendants.** :
-----------------------------------------------------------  x

**ANDREW L. CARTER, JR., United States District Judge:**

The parties request an adjournment of the November 4, 2020 telephone conference. (ECF No. 29). The Court adjourns the November 4, 2020 conference *sine die*. The parties shall file a status report or stipulation dismissing this action by November 20, 2020.

**SO ORDERED.**

**Dated**:   November 2, 2020
          New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**